UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JEILIN PORTES GUABA,

Defendant.
-------------------------------------------------------X

ORDER

26-cr-307-8 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Leo Aldridge, Jeilin Portes Guaba's lead counsel, to appoint Karloff Commissiong as learned capital counsel for Mr. Guaba in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Karloff Commissiong is appointed as learned counsel for Mr. Guaba in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge